IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| KATHRYN T. HOLLIS, ET AL., | ) |
| | ) |
|    Plaintiffs, | ) |
| | ) |
|        v. | ) Case No. 1:15-cv-290 (JCC/JFA) |
| | ) |
| LEXINGTON INSURANCE COMPANY, | ) |
| ET AL., | ) |
| | ) |
|    Defendants. | ) |

**O R D E R**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

(1)  Plaintiffs' motion for summary judgment [Dkt. 35] is DENIED;

(2)  Defendant Axis Surplus Insurance Company's cross-motion for summary judgment [Dkt. 38] is DENIED;

(3)  Defendant Lexington Insurance Company's cross-motion for summary judgment [Dkt. 40] is GRANTED;

(4)  The Clerk of Court shall forward this Order and accompanying Memorandum Opinion to all counsel of record and *pro se* parties.

It is so ORDERED.  This Order is FINAL.

 

|  |  /s/  |
|---|---|
| April 12, 2016 | James C. Cacheris |
| Alexandria, Virginia | UNITED STATES DISTRICT COURT JUDGE |