FILED: March 22, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-1533
(1:15-cv-00290-JCC-JFA)
_____

KATHRYN T. HOLLIS; ANDRE D. HOLLIS; M.H., an infant, by and through his father and next friend, Andre D. Hollis

    Plaintiffs - Appellants

v.

LEXINGTON INSURANCE COMPANY; AXIS SURPLUS INSURANCE COMPANY, INC., d/b/a Axis, d/b/a Axis Insurance, d/b/a Axis Capital, d/b/a Axis U.S. Insurance; SCHAEFER PYROTECHNICS, INC.; KIMMEL R. SCHAEFER; JACQUELINE M. GASS

    Defendants - Appellees

_____

JUDGMENT
_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

                                       /s/ PATRICIA S. CONNOR, CLERK